E-FILED
Friday, 30 December, 2005 12:13:11 PM
Clerk, U.S. District Court, ILCD

RETURN RECEIPT FOR PRE-SENTENCE REPORT/SENTENCING RECOMMENDATION/VIOLATION REPORT

Case Name: USA v CYNTHIA HARMON

Case Number: 03-CR-30112

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

*Cathy Reichart*
U.S. Probation office

Date: 10-19-05