PROB 12B
SDIL (11/03)



E-FILED
Friday, 16 June, 2006, 04:14:13 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## for
## Central District of Illinois

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Cynthia Harmon                          Docket Number: 0753 3:03CR30112-002

                                                            Register Number: 14162-026

Name of Sentencing Judicial Officer: Honorable Richard Mills, Central District of Illinois; Case Transferred to

                Honorable Jeanne E. Scott

Date of Original Sentence: June 1, 2004

Original Offense: Illegal Possession of a Sawed-Off Shotgun, Felon in Possession of a Firearm

Original Sentence: 30 months in Bureau of Prisons, 36 years' Supervised Release

Type of Supervision: Supervised Release                     Date Supervision Commenced: January 9, 2006

Assistant U.S. Attorney: David E. Risley                    Defense Attorney: Babette S. Salus

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _ years, for a total term of _ years.
[X]   To modify the conditions of supervision as follows:

    The defendant shall reside in a Community Corrections Center at the direction of the probation office for not more than 180 days or until discharged by the center director.

## CAUSE

Previous Violation Reports Submitted to the Court: None

The offender has failed to comply with the following conditions of supervision:

| **Violation Number** | **Nature of Noncompliance** |
| --- | --- |
| Statutory | The defendant shall not unlawfully possess a controlled substance. |
| | On March 11, 2006, the offender committed the offense of unlawful possession of a controlled substance in that she tested positive for cocaine by urinalysis. |
| | On March 12, 2006, the offender committed the offense of unlawful possession of a controlled substance in that she admitted to illegally possessing (abusing) cocaine on March 12, 2006. |
| | On March 20, 2006, the offender committed the offense of unlawful possession of a controlled substance in that she admitted to illegally possessing cocaine on March 18, 2006. |

PROB 12B
SDIL (11/03)
2

| | |
|---|---|
| Special | You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance, or any paraphernalia related to any controlled substance, except prescribed by a physician. You shall, at the direction of the probation office, participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol. You shall pay for these services, as directed by the probation office. |
| | On April 4, 2006, the offender was unsuccessfully terminated from a program for substance abuse treatment. |
| Special | You shall participate in psychiatric services and/or a program of mental health counseling/treatment, as directed by the probation officer, and shall take any and all prescribed medication, as directed by the treatment providers. You shall pay for these services, as directed by the probation officer. |
| | On April 4, 2006, the offender was unsuccessfully terminated from a program for mental health treatment. |

**U.S. Probation Officer Recommendation:**

To address the offender's significant substance abuse and mental health issues and taking into account that the offender is basically homeless, it is respectfully recommended that her conditions of supervised release be modified to include a condition that will allow her to reside in a community corrections center for not more than 180 days. It is our hope that in a somewhat controlled environment, the offender will truly benefit from the available substance abuse and mental health services. Furthermore, the offender will also be afforded an opportunity to work on stabilizing her life through securing stable employment and eventually, her own residence. Enclosed for the Court's review, is the Waiver of Hearing to Modify the Conditions of Supervised Release signed by the offender. The Court should note that prior to signing the waiver, the offender's rights to a hearing and the assistance of counseling were explained in detail.

Respectfully submitted,

by  Damon R. Selvey
Sr. U.S. Probation Officer
Date: May 22, 2006

DRS/ksg

THE COURT ORDERS:
[ ]   No action.
[ ]   The extension of supervision as noted above.
[X]   The modification of conditions as noted above.
[ ]   Other

Signature of Judicial Officer

June 15, 2006

PROB 49
(Rev. 3/89 SDIL 11/03)

# UNITED STATES DISTRICT COURT

## Central District of Illinois

## Waiver of Hearing to Modify Conditions
## of Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

   The defendant shall reside in a Community Corrections Center at the direction of the probation office for not more than 180 days or until discharged by the center director.

| (Authorizing Signature - Full Name) | Cynthia Lynn Harmon<br>(Full Name - Printed or Typed) | 5-19-06<br>(Date) |
|---|---|---|
| WITNESS - | _____<br>Probation Officer | 5/19/06<br>(Date) |