E-FILED
Thursday, 14 December, 2006 02:07:53 PM
Clerk, U.S. District Court, ILCD

CDIL PROB 22
(Rev. 4/97)

## TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
03-30112-003

DOCKET NUMBER *(Rec. Court)*
06-30158-MJR

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Springfield |
|---|---|---|
| Cynthia L. Harmon<br>1709 N. 43rd<br>East St. Louis, Illinois 62201 | NAME OF SENTENCING JUDGE<br>Richard Mills | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/09/06 — TO 01/08/09 |

**FILED**
DEC - 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**OFFENSE**

Illegal Possession of a Sawed-Off Shotgun and Felon in Possession of a Firearm

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10-19-06
Date

*(signature)*
JEANNE E. SCOTT
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/16/06
Effective Date

*(signature)*
Michael J. Reagan
United States District Judge